No. 1,682.—STATE EX REL. ANACONDA COPPER MIN-
ING CO. ET AL., RELATORS, v. DISTRICT COURT
OF THE SECOND JUDICIAL DIS-
TRICT ET AL., RESPONDENTS.

Original application for a writ of supervisory control.  Writ
granted August 1, 1901 (see opinion *ante,* page 504).

On August 3, 1901, the court made an addition to the order
made herein on August 1, 1901, as follows, to-wit:

"The said writ shall be served by the marshal of this court in the same manner as a summons is served in civil cases, and the judge of the district court shall make return to this court within ten days from the date of service thereof showing his action in the premises."

On August 5, 1901, the court made the following order herein:

"The writ heretofore ordered issued and served herein shall be in the following form, to-wit:

IN THE SUPREME COURT OF THE STATE OF MONTANA.

The State of Montana ex rel. Anaconda Copper Mining Company, and Washoe Copper Company,

Relators,

*vs.*

The Second Judicial District Court of the State of Montana, in and for the County of Silver Bow, and Honorable William Clancy, the Judge thereof,

Respondents...

WRIT OF SUPERVISORY CONTROL.

The State of Montana to the Second Judicial District Court, and to the Honorable William Clancy, the Judge thereof,

*Greeting:*

WHEREAS, it has been made to appear to us, upon a full consideration of the matters involved in the application of the above-named relators to this court for a writ of supervisory control, that on the 20th day of May, A. D. 1901, you, the said William Clancy, in that certain cause, numbered 8,315, entitled 'Burdette O'Connor *versus* Anaconda Copper Mining Company, and Washoe Copper Company,' then pending before the said court, issued an order for survey, directing the above-named relators to permit an inspection, examination and survey of all and of each and every of the shafts, cross-cuts, levels, stopes, winzes and underground workings in the Anaconda lode mining claim, United States Lot Number 92, the St. Lawrence lode mining claim, United States Lot Number 64, the Never Sweat

lode mining claim, United States Lot Number 51, the Rob Roy lode mining claim, United States Lot Number 147, the Grant lode mining claim, United States Lot Number 119, the Grant Extension, United States Lot Number 146, the Parrot lode mining claim, United States Lot Number 456, and the Cuerpo Bazzo lode mining claim, United States Lot Number 198, in Summit Valley Mining District, Silver Bow County, State of Montana; and also all the shafts, cross-cuts, drifts, levels, stopes, winzes and underground workings upon and within that certain placer claim commonly known and designated as the 'Leggat & Foster' placer mining claim, situated in the aforesaid mining district; also an examination, inspection and survey of all the veins and ores exposed in the said shafts and underground workings, giving to plaintiff in said suit the right to so survey and inspect all of the above-named mining claims and workings for a period of forty days, by certain persons designated by him; and further commanding the above-named relators to furnish to the persons so designated by plaintiff, all means of ingress to and egress from said premises; and,

WHEREAS, it has been made to appear to us that the above order of inspection and survey, made as aforesaid, was issued under a mistake of law and will, unless vacated and set aside, work gross and irreparable wrong and injustice to the relators, there being no remedy save by means of a writ of supervisory control,

Now, THEREFORE, the case being exigent, WE DO COMMAND you that immediately upon the receipt of this writ, you do annul, vacate and set aside the said order of inspection and survey, so granted as aforesaid on the said 20th day of May, A. D. 1901; and of this writ and what you have done thereunder make due return within ten days after the service thereof.

WITNESS, Honorable Theodore Brantly, Chief Justice of the Supreme Court of the State of Montana, and the Seal of the Court, this 5th day of August, A. D. 1901.

HENRY G. RICKERTS,

[SEAL] Clerk."